# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ALBERT J. GREEN, III** <br> **AKA ABDUAL HAKEEM** | **CIVIL ACTION NO. 3:17-CV-0973** |
| **VERSUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **FRANK PARISH DETENTION CENTER, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a *de novo* review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's civil rights action is **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that Plaintiff's request for a transfer is **DENIED**.

**MONROE, LOUISIANA,** this 20th day of October, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE